IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| MIDLAND NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | Civil No.: 3:11-cv-00957-JE |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| DEBRA K. LACHELN, formerly known as DEBRA KIM PAINTER, AMY EILEEN PAINTER, and THE ESTATE OF RALPH ARTHUR PAINTER | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Joseph Hasman
Chittenden Murday & Novotny, LLC
303 W. Madison St., Suite 1400
Chicago, IL 60606

Medora Marisseau
Karr Tuttle Campbell
1201 3rd Avenue, Suite 2900
Seattle, WA 98101

    Attorneys for Plaintiff

Michael J. Knapp
621 SW Morrison St. Suite 900
Portland, OR 97205

    Attorney for Defendant Debra Lacheln

ORDER – 1

Michael R. Seidl
Seidl Law Office, PC
121 SW Morrison Street, Suite 475
Portland, OR 97204

    Attorney for Defendants Amy Eileen Painter
    and the Estate of Ralph Arthur Painter

JELDERKS, Magistrate Judge:

Plaintiff's unopposed motion for order disbursing fees/costs (# 66) having been granted (# 70), the clerk of this court has disbursed the sum of $2,000.00 to Plaintiff Midland from the insurance policy proceeds currently on deposit in the court's registry. Based upon the agreement of the parties, it is hereby ORDERED that Plaintiff Midland is dismissed from this action and all claims by or against Midland are dismissed with prejudice and without further costs. Plaintiff's previous petition for attorney fees and costs (# 57) is denied as moot.

DATED this 27th day of December, 2012.

                                  /s/ John Jelderks
                                  John Jelderks
                                  U.S. Magistrate Judge

ORDER – 2