MICHAEL R. SEIDL, OSB No. 833190
mick@seidl-law.com
SEIDL LAW OFFICE, PC
121 SW Morrison Street, Suite 475
Portland, Oregon 97204
Telephone: 503-224-7840

*Of Attorneys for Defendants Amy Eileen Painter
and The Estate of Ralph Arthur Painter*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| MIDLAND NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA K. LACHELN formerly known as DEBRA KIM PAINTER, AMY EILEEN PAINTER, and THE ESTATE OF RALPH ARTHUR PAINTER,<br><br>Defendants. | Case No.  3:11-cv-00957-JE<br><br>**UNOPPOSED ORDER TO WITHDRAW FUNDS AND DISBURSE**<br>**(Interest Bearing Account)** |

Funds were previously deposited with the Court pursuant to the Court's Order (Document No. 6) of August 12, 2011. These funds were deposited on or about August 22, 2011, into the interest-bearing Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

In accordance with the Order (Document No. 79) entered January 1, 2013, adopting the Findings and Recommendation by Magistrate Judge John Jelderks (Document Nos. 55 and 79), the funds previously deposited with the Clerk of the Court shall be withdrawn and disbursed as follows:

    1.    **Investment Services Fee and Registry Fee Assessment:** Pursuant to Standing Order No. 2012-5, an investment services fee for the management of investments in the CRIS and the registry fee for the maintenance of accounts deposited with the Court have been previously deducted from the interest earned on the funds deposited with the Court.

2. **Payments:** The remaining funds shall be disbursed as follows:

a. **The Estate of Ralph Painter:** $199,281.89 payable to **The Estate of Ralph Painter, and its attorney, Michael R. Seidl.** Check to be mailed to: Seidl Law Office, 121 SW Morrison, Suite 475, Portland, OR 97204.

b. **Debra Lacheln:** $52,654.75 payable to **Debra Lacheln.** Check to be mailed First Class to: Michael J. Knapp, Esq., 621 SW Morrison, Suite 900, Portland, OR 97205.

c. Any interest earned on the deposit shall be paid to the same payees in the following percentages: Estate of Ralph Painter = 79.2% ; Debra Lacheln = 20.8%.

The Clerk of Court, through the Financial Administrator, has pre-approved the form of this Order pursuant to LR 67-3(b).

The Clerk of the Court is absolved of any liability by compliance with this Order.

It shall be counsel's responsibility to confirm that any action required of the Clerk of Court or her designee by this Order has been performed.

This order has been reviewed and approved by Michael Knapp, Attorney for Debra Lacheln.

IT IS SO ORDERED,

DATED this 31st day of January, 2013.

_____
Anna Brown
U.S. District Court Judge

---

**For Court Use Only**

---

**APPROVED AS TO FORM:**
Mary L. Moran, Clerk of Court

_____
By: Financial Administrator