IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MIDLAND NATIONAL LIFE INSURANCE
COMPANY,

              Plaintiff,

v.

DEBRA K. LACHELIN, ET AL,

              Defendants.

3:11-CV-00957-JE

JUDGMENT

**BROWN, Judge.**

    This Court having adopted the Magistrate Judge's Findings & Recommendation (#55) granting summary judgment in favor of Defendant Estate of Ralph Painter and denying summary judgment of Defendant Lachelin, and

    This Court having previously dismissed Plaintiff Midland National Life Insurance Company, and funds held by the Clerk's Office have been disbursed as Ordered (#80) by the Court,

    IT IS HEREBY ORDERED THAT this matter is adjudged RESOLVED and is closed.

    DATED this 27th day of March, 2013.

                                      /s/ Anna J. Brown
                                      ANNA J. BROWN
                                      United States District Judge

1- JUDGMENT